## PLEASANT VALLEY PROMENADE v. LECHMERE, INC.

No. 531PA95

Case below: 120 N.C. App. 650

Petition by defendant (Lechmere, Inc.) for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1996. Petition by defendant (AEW Partners, L.P.) for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1996. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1996.

## RYALS v. HALL-LANE MOVING AND STORAGE CO.

No. 227P96

Case below: 122 N.C. App. 134

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

## SALAAM v. N.C. DEPT. OF TRANSPORTATION

No. 183PA96

Case below: 122 N.C. App. 83

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1996.

## SMITHERS v. TRU-PAK MOVING SYSTEMS

No. 170P96

Case below: 121 N.C. App. 542

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

## STATE v. BLUE

No. 178P96

Case below: 122 N.C. App. 195

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.